IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

**v.**

**JAMES V. VEST,**

    **Defendant.**　　　　　　　　　　　　　　**Case No. 06-cr-30011-DRH**

### ORDER

**HERNDON, District Judge:**

    Defendant moves for leave to file a Reply to his Motion to Dismiss Indictment, due to certain statements made by the Government during oral argument for the Motion to Dismiss hearing that he wishes to address. Defendant's Motion for Leave (Doc. 50) is **DENIED**. Both parties had ample time prior to the hearing to fully brief the issues, including filing a reply. Further, both parties had the opportunity during the hearing itself to address any statements made or issues raised by the other party. During the hearing, neither party requested to file additional briefings. The Court does not believe justice requires doing so now.

    **IT IS SO ORDERED.**

    Signed this 7th day of July, 2006.

                                                 /s/　　　　David RHerndon
                                               **United States District Judge**