IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JAMES V. VEST,

    Defendant.                               Case No. 06-cr-30011-DRH

## ORDER

**HERNDON, District Judge:**

On the eve before hearing, Defendant has filed a Motion for Leave to File Reply Memoranda and Delay Argument (Doc. 69). In this Motion, Defendant requests leave to file a Reply to the Government's opposing Response to his Motion to Declare 18 U.S.C. § 922(o) Unconstitutional "As Applied" and to Dismiss Count I (Doc. 55). He further requests that the hearing on this Motion be continued for one week. The Court also notes that Defendant, today, has filed a further memorandum supporting his original Motion to Dismiss Superceding Indictment (Doc. 38). Particularly, this memorandum (Doc. 68) supports Defendant's arguments that Counts II and III of his Superceding Indictment (Doc. 30) should be dismissed. In the interests of justice, the Court **GRANTS** Defendant's Motion (Doc. 69) and orders the following:

    (1)    Defendant is allowed leave to file a Reply brief to his Motion to Declare 18 U.S.C. § 922(o) Unconstitutional "As Applied" and to

Dismiss Count I (Doc. 55).  This **Reply** must be filed no later than **Monday, August 14, 2006**.

(2)   The Government is allowed until **Friday, August 11, 2006**, to file a **Response** to Defendant's Motion and Memorandum in Support of Motion to Dismiss Counts II and III of the Superceding Indictment (Doc. 68).  Defendant then has until **Wednesday, August 16, 2006**, to file a **Reply** to the Government's Response.

(3)   The **hearing** on BOTH Defendant's Motion to Declare 18 U.S.C. § 922(o) Unconstitutional "As Applied" and to Dismiss Count I (Doc. 55) and Defendant's Motion (Doc. 38) and Memorandum in Support of Motion to Dismiss Counts II and III of the Superceding Indictment (Doc. 68) will be held on **Thursday, August 17, 2006, at 9:30 a.m.**

The Court pursues an aggressive schedule and reminds the parties that this matter is currently set for trial on August 21, 2006.  The parties are further admonished that the Court fully expects both sides to be ready to start trial on that date unless Defendant prevails on the motions which are the subject of this order.  This matter is not a complex criminal matter and the parties have had ample time to prepare for trial.  The public has a recognized right to a speedy trial along with the Defendant and the Court stands vigilant to the needs of all concerned.  This case

would not receive a peremptory setting until early 2007 were it to be continued.

Extraordinary circumstances will be necessary to justify the continuance of this trial.

**IT IS SO ORDERED.**

Signed this 8th day of August, 2006.

/s/        David   RHerndon
**United States District Judge**
