IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

FILED
AUG 3 1 2006
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST LOUIS OFFICE

UNITED STATES OF AMERICA,

    Plaintiff,

v.

    CASE NO. 06-CR-30011-01 DRH
    USM Number: 07107-025

JAMES V. VEST,

    Defendant.

### JUDGMENT IN A CRIMINAL CASE

**DECISION BY COURT.** This action came to hearing before the Court on Defendant's Motions to Dismiss.

    **IT IS ORDERED AND ADJUDGED** that the motions are **GRANTED.** Counts I, II, and III of the Superseding Indictment are **DISMISSED WITH PREJUDICE.** Defendant **JAMES V. VEST** is discharged and any bond exonerated.

_____
Signature of Judge

DAVID R. HERNDON, U.S. DISTRICT JUDGE
Name and Title of Judge

August 31, 2006
Date